UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES EMERSON,<br><br>                          Plaintiff,<br><br>     v.<br><br>KETTLE FALLS INTERNATIONAL RAILWAY, LLC, and OMNITRAX, INC., foreign corporations,<br><br>                         Defendants. | NO: 11-CV-0478-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

      BEFORE THE COURT is the parties' Joint Motion for Dismissal with Prejudice (ECF No. 43). Pursuant to the parties' stipulation, this matter is dismissed with prejudice and without costs or attorney's fees to either party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  The parties' Joint Motion for Dismissal with Prejudice (ECF No. 43) is

3  **GRANTED**.  All claims and causes of action in this matter are **DISMISSED** with

4  prejudice and without costs or fees to any party.

5  The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and **CLOSE** the file.

7  **DATED** August 29, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2